# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0046. GEORGIA HIGH SCHOOL ASSOCIATION v. CHARLTON COUNTY SCHOOL DISTRICT.**

The Georgia High School Association has filed an emergency motion pursuant to Court of Appeals Rule 40 (b) challenging the Charlton County Superior Court's May 2, 2018 order, and seeking a writ of supersedeas and to suspend enforcement of the order. Upon review of the motion, the response, and the pertinent law,[1] the motion is hereby **GRANTED**, and the Superior Court's order is **SUSPENDED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/04/2018*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] See, e.g., *Parents Against Realignment v. Ga. High School Assoc.*, 271 Ga. 114 (516 SE2d 528) (1999); *Ga. High School Assoc. v. Waddell*, 248 Ga. 542 (285 SE2d 7) (1981).